

239 So.2d 173

**Charles M. WATERS, Jr.**

v.

**C. Edward KARST, Mayor et al.**

No. 50711.

Sept. 22, 1970.

Application not considered. Not filed within the time provided by Article VII, Sec. 11 of Const. of La.

Application denied. The issues raised were litigated and disposed of in the original prosecution. Hence, they cannot be reurged in a post-conviction proceeding. See State ex rel. Barksdale v. Dees, 252 La. 434, 211 So.2d 318 (1968).

239 So.2d 173

**STATE of Louisiana ex rel. William JOHNSON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 50832.

Sept. 22, 1970.

239 So.2d 174

**STATE of Louisiana ex rel. Enoch LEAVINGS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 50831.

Sept. 22, 1970.

Writs refused. The showing made in the application is insufficient to warrant an exercise of our original or supervisory jurisdiction.